UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY WEATHINGTON, | ) | 1:07-cv-00728-OWW-JMD-HC |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER REQUIRING RESPONDENTS TO NOTIFY THE COURT OF CURRENT CASE STATUS |
| THOMAS VOSS, et al, | ) ) | |
| Respondents. | ) | RESPONSE DUE WITHIN TWENTY DAYS |

    Petitioner Anthony Weathington ("Petitioner") is in the custody of the state of California pursuant to a civil commitment order.  Petitioner is proceeding pro se in this petition for habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner filed the instant petition in the United States District Court, Central District of California, Los Angeles, on April 23, 2007.  Petitioner's petition was subsequently transferred to the Eastern District pursuant to an order issued on April 30, 2007.  On June 27, 2007, the Court ordered Respondents to file responsive pleading.  Respondents submitted an answer to Petitioner's petition on October 25, 2007, and Petitioner filed a reply to Respondents' answer on November 11, 2007.

    Petitioner contends that he has been denied due process in violation of the Fourteenth Amendment of the United States Constitution because he has not received the mental health evaluations, "show cause" hearings, and probable cause hearings required to extend Petitioner's term of civil commitment under California law.  (Pet. at 5-6).  Respondents' answer, filed on October 25, 2007, indicates that Petitioner's probable cause hearing was scheduled to take place on December 6,

1  2007. (Answer, p. 10: 24-25). As neither Respondents nor Petitioner have filed any substantive
2  pleadings since November 11, 2007, the record does not indicate whether or not Petitioner received a
3  probable cause hearing in December of 2007.[1] Whether or not Petitioner has received a probable
4  cause hearing is a critical question underlying Petitioner's claim.
5      Accordingly, the Court HEREBY ORDERS Respondents to provide the Court with an update
6  as to the status of Petitioner's probable cause hearing within TWENTY DAYS of the date of service
7  of this order.
8  IT IS SO ORDERED.
9  **Dated:   February 12, 2009**          **/s/ John M. Dixon**
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] On May 8, 2008, Petitioner filed a Notice of Change of Address with the Court. Petitioner filed another Notice of Change of Address on August 4, 2008. Based on the addresses listed in each notice, it appears that Petitioner is still subject to a civil commitment order.